**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jeffrey Witz

                Plaintiff,

v.                                            Case No.: 1:19−cv−06715
                                                    Honorable John F. Kness

Great Lakes Educational Loan Services, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

      MINUTE entry before the Honorable John F. Kness: For the reasons stated in the accompanying Memorandum Opinion and Order, which is being entered separately, Defendant's Motion to Dismiss or, Alternatively, to Strike (Dkt. 92) is granted in part and denied in part. Defendant's motion to dismiss is denied with respect to Count III and Count V of the Second Amended Complaint, but Count IV is dismissed with prejudice. Defendant's motion to strike the class allegations within the Second Amended Complaint is denied. Enter Memorandum Opinion and Order. The status hearing set for 6/25/2025 is reset to 7/16/2025 at 9:30 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.